**EXHIBIT 1: LETTERS IN SUPPORT OF SCOTT MILLER'S RELEASE**

12/18/2022

Dear Judge,

My name is Angela Ware. I am a Licensed Clinical Professional Counselor in the state of Maryland and have been practicing as an individual therapist since 2018. I am writing to you today regarding my husband, Scott Miller, who has been charged with crimes related to the January 6th insurrection on the Capitol and has been deemed to have ties with the Proud Boys. I write to you today to demonstrate Scott Miller's character and to request that you consider releasing him into my custody to await trial.

I have known Scott for almost 5 years. We met on the dating app Bumble in February 2018 and entered an exclusive dating relationship shortly after. Scott proposed to me on Mount Rainier in August 2021 and we got married in Shenandoah National Park in October 2022. In the amount of time that I have known Scott I have fallen in love with his adventurous spirit, tenacity, and integrity. Scott is also very kind and goes out of his way to help those around him. Most of Scott's professions have centered around helping others. When we first met, he was an EMT with a private ambulance company in DC with intentions of attending school to be a Physician Assistant. When Scott decided to change career trajectories, he decided to spend the summer fighting wildfires in Oregon. Scott would continue being a wildland firefighter for three consecutive summers. Outside of his professions, Scott strives to be of service to others by helping his neighbors, friends, family, and even strangers. I remember one afternoon hiking with him in Patapsco State Park we heard a woman scream and he rushed off to see if she needed help. We hadn't seen the incident, only heard her distress and his primary instinct was to rush to her aid. Luckily, she had some minor bumps and bruises, but as she had been walking across wet rocks, it could have been much worse. Scott later would take a wilderness EMT course to better help those he encountered while out in nature.

Regarding January 6th itself, I remember it well. Scott had taken the day off from work because he needed to buy a new truck as his current vehicle had been damaged after hitting black ice the week before. I drove with Scott up to Pennsylvania to buy a new Toyota Tacoma and made my way back home after he had completed the sale. He had planned to come home and pack his overnight bag and head to West Virginia for work the next day. At the time, he had told me that he was not planning on attending the rally, even though he had originally planned to go. We both had been keeping up with the news and as things escalated at the Capitol he told me he was going and I begged him not to. After this, I was completely unaware of what transpired at the rally. He briefly contacted me to ask me to unlock his old truck as someone was going to come by and take the spare tire as someone had slashed his tire and keyed the new truck.

Scott has been working hard over the last two years to improve himself and distance himself from the negative influences he had developed earlier in our relationship. He and I moved to our current residence in Smithsburg, MD at the end of February 2021 and determined that this would be a fresh start for us and a marker for Scott to rethink and establish new priorities. While Scott had been a member of the Proud Boys up until that point, he decided to completely denounce them and disassociate from them as their influence had led him to engage in activities he was no longer proud of. I recall specifically reading the letter he had written the Maryland chapter President explaining that he was leaving the group permanently and would be cutting ties with those remaining in the group. I was very thankful and proud of him because I had been advocating for him to leave the group for some time.

Since then, Scott has dedicated himself to managing our household and working his way up the ladder at his new job in an effort to save money and buy our first home. He has become a very dedicated partner and now that we are married, we have been trying to start a family of our own. Over the years, he has become integral to my life and keeps me centered and looking towards the future when I become overwhelmed by the stressors of my career. He has expressed to me before his desire to be a dedicated family man and provider for us.

For Scott to be incarcerated while awaiting trial, his life could potentially be on hold for a year or longer. The isolation from friends and family could lead to a resurgence of his depression and would stunt the growth he has made over the last two years. Our life as a married couple would also be put on hold, potentially preventing us from starting the family we so desperately desire. With Scott no longer here, the burden of all of the finances would be placed on me and this would require me to increase my caseload past the point where it would be healthy for me. Scott has made so many positive changes in the last two years and he has so much potential to be a positive contributor to society should he be released and allowed to continue working and providing for us.

This information only scratches the surface when it comes to my husband, but I hope it provides a more well-rounded view of him as a person and that he is not defined by the charges placed against him.


Sincerely,

Angela Ware

| From: | █████████ Elizabeth Mullin |
|---|---|
| Cc: | █████████ |
| Subject: | Scott Miller Letter of character reference |
| Date: | Monday, December 19, 2022 8:13:17 AM |

EXTERNAL SENDER

Mark R. Miller

████████████

12-19-2022

Re: Scott Miller

To:  The Honorable Judge Moxila A. Upadhyaya

Your Honor, I am writing on behalf of my son, Scott Miller, who, I am informed, has been arrested for assaulting police officer(s) at the January 6, 2021 riot at the Capitol in DC.  Scott's entire family is shocked by this news; I do not believe Scott is prone to violent behavior.  Scott has worked tirelessly in the two years since Jan 6, to build a stable home environment with his new wife Angela.  I am not aware of any politically motivated activities that he has been involved in since.  Additionally, as recently as last month, Scott drove down to help me with a home improvement project, in spite of his physically tiring work schedule at NVR Building Products.

Your Honor, the following is a brief description of the young man that I believe is Scott Miller.

Growing up, when our family took vacations, Scott always had a strong explorer tendency, and he pushed himself to achieve.

   Summer, 2006, driving out of Phoenix, heading north to the Grand Canyon, we passed some very large hills in an otherwise flat landscape.  We stopped for a break near one, and Scott wanted to go up to the top.  I followed him up, while his mother stayed in the car with Scott's younger siblings.

   June, 2012, family trip to Curacao, we set out to drive from our hotel to the harbor area marketplace; Scott decided to get out so he could run along the coast the whole way and said he'd meet up with us, and he did.  This wasn't more than a couple miles, but he did it not knowing what challenges lie ahead.

Around 2010, early in his time at Liberty University in Lynchburg, Scott told me that he was pursuing the ROTC program which would have him serve in the US Army.  I spoke with the National Guard NCO who was in charge of the program at Liberty, to see if I could help in any way.  I had served 3 years active duty in the late 70's, was honorably discharged, and was really proud of Scott and his motivation.  He was taken to the US Armed Forces Entrance Station on a Friday for the final physical exam.  Unfortunately, Scott was found to have medical issues, which could have been waived with doctors explanations, but the Entrance Station was shutting down permanently; apparently by this time, quotas for recruitment had been reached.  But one significant thing came from this, and I remember it like it was yesterday.  Scott told me afterwards that he really wanted the ROTC program; he had put in place a plan that would pay for his college (he was proud of this).  Scott's tuition, room and

board were easily covered by us because we had saved in a college fund; yet he was taking the initiative and responsibility to contribute.

Scott got into running and then triathlon competition while at Liberty.  He showed an earlier interest in running in his teens.  One time, I took Scott and his younger brother and sister to the track.  I was jogging with Scott; his brother and sister were running/walking at their paces.  Not wanting to push too hard, after a few laps, I told Scott that one more lap would do it for me, thinking this would establish a limit on how much farther Scott would run.  He responded saying that he was going to run 14 more laps!  I thought he was exaggerating, but he ran 14 more laps.

Scott came home from college with a BS degree in the Public Health field.  He immediately pursued the goal of getting into the Physician's Assistant Program, doing additional coursework.   In 2016, he then trained for and gained full licensure as an Emergency Medical Technician and joined a private ambulance company to build clinical hours that would better position him for acceptance into the PA program.  He set a great example for others of working hard to achieve a goal.  I for one was so influenced by his example, that when he challenged me to come out of retirement and get an EMT license, I did in 2017, and today I am a better person for the experience.

Scott has always showed initiative in support of his family, traveling long distances to visit grandparents who were undergoing hospital care, or when late in their lives, showing up for get-togethers.

Your Honor, I will help Scott comply with any conditions of release that the court would see fit to impose.

Sincerely,

Mark R. Miller

12/19/22

Dear Judge,

My name is Krystal Lauer. I am writing this character witness for Scott Miller and am aware of the charges being placed against him.

I have known Scott for 4 years through his wife Angela Ware who I've known since 1995. Scott has volunteered and has gone multiple times to Oregon to fight wildfires as a firefighter and stayed for a few months to help as much as he could in the short amount of time he has each year, leaving Angela each time so that he can hopefully help.

He has made mistakes in the past, as we all do, and has grown from them in the last few years into an amazing friend and husband. I know he strives to be a better version of himself everyday. It would greatly affect him as well as Angela with keeping their rental home and him being able to keep his job or get a job in the future.


Sincerely,
Krystal Lauer

12/19/22

Dear Judge

My name is Nathan Lauer and I'm a character witness for Scott Miller. I am aware of the charges against Scott and would like to vouch for his good character.

I was originally a friend of Angela Ware when she and Scott started dating. After several get-togethers I learned of his good deeds such as a volunteer firefighter. I was also intrigued to find out that he was working construction installing solar panels. I could see the happiness that Scott brought to Angela thus I was happy to attend their wedding this past October.

A negative ruling would be disastrous for Scott's present and future as well as Angela's. I believe that Scott is filled with regret and is taking steps to change for the better. Scott's good deeds as a firefighter, green energy mechanic, and most importantly a strong willed husband far outway the charges brought against him.

Sincerely,
Nathan Lauer
███████████

**Gabrielle Taylor**

████████████████

December 19th, 2022

Dear Judge

My name is Gabrielle Taylor. I live ████████████████████████████,
Maryland. Scott Miller has been my neighbor for almost 2 years now.

Scott has been a wonderful neighbor and friend to myself,  my fiancé, and my
two young sons. Only a few weeks ago my goats got out at 9 PM while we
were at a Christmas parade. He immediately ran over and helped put them
back into their pen and continued to look for any missing goats until we got
home.

My son Jasper, included Scott and Angela and his "Grateful turkey" he created
in his kindergarten class last month. Jasper has always really enjoyed when
Scott and Angela would come over for a visit.

In addition to our friendship he has always been an outstanding neighbor. Well
it is unfortunate he made some bad decisions regarding January 6th. He's
always been a person of good morals.

It is my sincere hope the court takes this letter into consideration at the time of
sentencing. Despite the current case I still believe Scott to be a trustworthy,
reliable , honest and valuable member of our community.

Sincerely,

Gabrielle Taylor

Dear Judge,

My name is Robert Bae. I am writing this letter as a character witness for Scott Miller. I have known Scott for the last seventeen years, if not longer. I met Scott in grade school and graduated high school with him. Even after high school, Scott was one of those friends I would hang out with and keep in contact with. During these years, I got to know Scott well. Scott is a person who is always willing to help, a person with a good work ethic and integrity. To provide an example, one summer, Scott spent his time in Oregon to help make a difference. He volunteered his time to fight fires because he knew the community would need his help. I know Scott is here by a choice he may not have thought entirely through. With a second chance, he would be a valuable community member. Thank you for your time, and I hope you give Scott a second chance while making a fair decision.

-Robert Bae

Dear Judge,

I have known Scott Miller since we met in elementary school in 1998. We also attended the same high school and were roommates in college. Due to distance and schedules we have grown apart in recent years. However, I was able to perform his wedding in October of this year. Though I am unaware of and therefore cannot speak to Scott's recent demeanor and activities, I can describe the man I knew growing up.

During those years, I always found Scott to be a loyal friend. He has consistently been willing to help anyone in need. Both he and his family were always kind and considerate to me and those around us. In college, we served in the same ministries, including those that assisted low-income communities. The Scott Miller I knew deeply wanted to do the right thing and be a helpful and productive member of society.

Though Scott has made serious mistakes, I humbly ask that you take these details into consideration as you determine his detention hearing.


Respectfully yours,

John Smart
███████████

| | |
|---|---|
| **From:** | ████████████████ |
| **To:** | Elizabeth Mullin |
| **Cc:** | ████████████████ |
| **Subject:** | Scott Miller"s Letter from Mom |
| **Date:** | Tuesday, December 20, 2022 5:25:59 PM |

**EXTERNAL SENDER**

Sally G. Miller

████████████████

12-19-2022

Re: Scott Miller

To: The Honorable Judge Moxila A. Upadhyaya

Your Honor,

I've known Scott as a loving son and loyal to friends and family, never violent in any way. His childhood was that of a typical bright, inquisitive child, There were no discipline problems with school. We took family summer vacations together every year, often to visit my sister and her husband in Florida.

He joined the triathlon club while in college and competed in a number of events. We attended two of the nearby triathlons with him. We were very proud of how hard he worked to meet those challenges, as he does to meet other challenges in life.

Scott and his siblings helped care for Scott's grandmother in our home where she lived with us for her last ten months, during which time we celebrated her 100th birthday (Scott traveled to the Pacific Northwest for 3 seasons (fall of 2018- 2021)  to work on a wildfire crew and added a wilderness first aid certification to his EMT certification, to be better equipped to help in an emergency.

Scott and Angela moved to their current home together in March of 2021. He has been working hard there to build a future with Angela and currently has a job which he is happy with. Recently he interviewed for a promotion within the company. In addition, he works odd jobs to further build a nest egg.  He started a garden at their home and keeps chickens. They hope to find a permanent home of their own in that area and start a family some day.

 This past summer (2022),  Scott and Angela drove to Florida to join in a family vacation visiting my sister and her husband (whose health is failing as he nears 80th birthday) . We took family trips to their home many summers when the kids were little.

Scott is committed to his family. We were planning to visit Scott and Angela for Christmas and share a ham dinner. He had also looked into arranging a vacation cabin rental for us as a special treat while visiting the area.

If the Court sees fit to release Scott, I know that he will follow the rules and we will help him to do so.
Respectfully yours,
Sally G. Miller