AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:22-cr-90 |
| Johan Andres Arias Saldarriaga, | ) | Assigned To: Thomas F. Hogan |
| also known as "Abel," | ) | Assign. Date : 3/17/2022 |
| | ) | Description: INDICTMENT (B) |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Johan Andres Arias Saldarriaga, also known as "Abel,"   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Distribute 5 kilograms of Cocaine for importation into the United States, in violation of 21 U.S.C. §§ 959(a), 960, and 963.
Aiding and Abetting: 18 U.S.C. § 2
Forfeiture Allegation: 21 U.S.C. §§ 853 and 970

Date:   03/17/2022

*Issuing officer's signature*

Robin M. Meriweather

City and state:   Washington, D.C.

Hon. Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/21/22, and the person was arrested on *(date)* 12/21/22
at *(city and state)*   Washington DC   .

Date: 12/21/22

*Arresting officer's signature*

Nicholas Rahmer   SA FBI
*Printed name and title*

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By: Deputy Clerk