WE ARE
WATCHING

STOLEN FROM
#1 RENTAL
#1 ONE RENTAL
717-609-7536