Welcome to the third open election of Proud Boys Maryland/District of Columbia chapter. You must be of 2nd degree status to participate in this election. The following are the open positions for which you can vote. Please circle a name (or names) as listed in each category below. You are welcome to turn in a "blank ballot" on any field if you wish to abstain. Each anonymous vote will be read publically after the count. Should there be any discrepancy, a public viewing of these paper votes will be shown to the group. The ballots will be destroyed after the titles are called and there are no discrepancies. All new leadership positions will be transitioned effective after the election.

**President (Pick 1)**

Overall leader and overseer of the group. Holds highest authority during meetings, events, and rallies. Can issue "gear up" order. Can delegate an acting "VP" and "LTs" during events and rallies in the absence of other members of leadership. During rallies or events, can act alone as deciding factor on Media outlets and issuing demerits.

[redacted]

**Vice President (Pick 1)**

Deputy leader to group. Acts as President in his absence. Can issue "gear up" order. Can delegate acting "LTs" during events and rallies in the absence of other members of leadership. Holds similar voting weight to President during votes (in his absence). Also in charge of disciplinary purposes beyond that of 1st demerit.

[redacted]

**Lieutenant (Pick 3)**

Holds some authority during meetings, events, and rallies. In the event of senior leadership missing, one could be appointed to Commanding Officer for the event or outing. Should all three Lieutenants be in agreement during a vote against ONE member of senior leadership (President, Vice President), the decision will go in favor of junior leadership. Enforces media blackout order during rallies. Can issue "gear up" order when commanding.

[redacted]

**Consul Legate**

Advising role to leadership. Holds authority during meetings, events, and rallies - but not to exceed that of a Lieutenant. Can issue "gear up" order. Only given voting privileges during leadership meetings in the event of a stalemate between senior leadership and junior leadership (President and VP voting vs. all 3 LTs).

-Scott "Scotch" Thomas