| | | | | |
|---|---|---|---|---|
| 703 | ▮ | Any info on in general what's going down on the 6th in DC? Is it another stop the steak March or what's the deal? | Unknown 12/21/2020 | 12/21/2020 6:09:21 PM(UTC-5) |
| 704 | ▮ | Haven't heard much from our PB inside guys on here. I've read one place a call to surround the capital build has been thrown out. I haven't read or heard any hard details yet. I know I will be there to show support regardless of PB status. | Unknown 12/21/2020 | 12/21/2020 6:15:32 PM(UTC-5) |

| | | | | | |
|---|---|---|---|---|---|
| 792 | ■ | Aight boys.....the 6th isnt a pb event.....yet......Trump has called for ALL patriots to flood the city....we are going to pack it out.  No night gun runs for now......get as many people as you can to attend | Unknown | 12/21/2020 | 12/21/2020 8:07:52 PM(UTC-5) |
| 793 | ■ | I'm down for sure | Unknown | 12/21/2020 | 12/21/2020 8:08:28 PM(UTC-5) |
| 794 | ■ | Just let me know when and where | Unknown | 12/21/2020 | 12/21/2020 8:08:44 PM(UTC-5) |
| 795 | ■ | Im guessing same parking garage we always use.  Freedom plaza.....We will update when it gets close | Unknown | 12/21/2020 | 12/21/2020 8:10:18 PM(UTC-5) |
| 796 | ■ | Sounds good | Unknown | 12/21/2020 | 12/21/2020 8:10:46 PM(UTC-5) |

| 824 | | MAGAPEDE SCHEDULE

January 6th: this is a Wednesday. It's the day the electors do something something politics. Trump wanted people there to protest. There will probably be a march and a whole shit show. I might go down after work.

January 10th: This is a Saturday. Big MAGA March in NYC. Tons of PBS are going. Should be a good mix of PB and normies. I will probably not go to this one because traveling and lodging are going to be utter shit. NYC is hell on earth for these reasons and more.

January 20th: This is also on a Wednesday. It's another mix of PB and normies, but no march and no PB specific colors/events. I might take off work and be down there in a suit, keeping eyes out. | Unknown | 12/22/2020 | 12/22/2020 11:31:11 AM(UTC-5) |

| 1211 | ▮▮▮ | Please be aware that other than ▮▮▮ none of you are allowed to wear or technically own PB gear. You are all prospects, not members YET. And NO ONE is allowed to wear PB gear to the rally on the 6th. There is a colors ban. | Unknown | 12/29/2020 | 12/29/2020 2:24:41 PM(UTC-5) |

| # | | | Message | | Date | Timestamp |
|---|---|---|---|---|---|---|
| 1320 | | | Heads up. Most liquor stores will be closed on the 6th too. So bring alcohol or worst case I'm about 2/3 miles from everything, there is a liquor store by me owner by an old Korean. He's a trump supporter and said he ain't closing shit | Unknown | 12/30/2020 | 12/30/2020 1:28:35 PM(UTC-5) |
| 1321 | | | I'm heading out of Virginia it's about a 3 Hour Drive. I was looking through the chat seeing if there was an address available. I couldn't find it. Is there a chance you could send it out? | Unknown | 12/30/2020 | 12/30/2020 2:22:12 PM(UTC-5) |
| 1325 | | | Let me find it | Unknown | 12/30/2020 | 12/30/2020 2:53:45 PM(UTC-5) |
| 1326 | | | ▮▮▮▮▮<br>Washington, DC  20016<br>United States | Unknown | 12/30/2020 | 12/30/2020 2:54:56 PM(UTC-5) |
| 1327 | | | Use this address, this is actually the Mexican restaurant but it's right next to there and I live close enough to through a rock at the damn place, so If you over here let me know | Unknown | 12/30/2020 | 12/30/2020 2:55:41 PM(UTC-5) |

| # | | Message | | Date | Timestamp |
|---|---|---|---|---|---|
| 1569 | | Aight... ▇▇▇▇ will be in charge of this gathering.......<br><br>Im going to assume we all know the thing kicks off at the ellipse at 11 and the march will be to the capitol building. | Unknown | 1/4/2021 | 1/4/2021 9:02:34 AM(UTC-5) |
| 1570 | | What block is the ellipse ? | Unknown | 1/4/2021 | 1/4/2021 9:05:00 AM(UTC-5) |
| 1571 | | | Unknown | 1/4/2021 | 1/4/2021 9:08:34 AM(UTC-5) |
| 1572 | | Its in front of the whitehouse.....idk what block | Unknown | 1/4/2021 | 1/4/2021 9:09:06 AM(UTC-5) |
| 1573 | | Ok perfect , that works | Unknown | 1/4/2021 | 1/4/2021 9:09:24 AM(UTC-5) |
| 1574 | | Comms will be a problem and we dont have radios.....be prepared to be out of contact....... | Unknown | 1/4/2021 | 1/4/2021 9:10:12 AM(UTC-5) |

| 1820 | | Here are the directives:<br><br>1. Don't bunch up and march together as Proud Boys. They'll pick everyone out and know exactly who/where you are at all times. Instead permeate the crowd. Maybe move with a couple buddies or schmooze with friends you know.<br><br>2. Have fun but know it could turn hot. Once word comes down about the electoral votes, the normies will make a stink. Make a stink with them. Maybe bring up the fact that Enrique has been arrested, too.<br><br>3. If unrest begins, go with the flow. Let the normies wake up America. Show them the PEOPLE are pissed. Not just the PBs. We made our show case already.<br><br>4. Don't be a heat magnet. Proud Boys have a ton of heat in DC. This includes the most recent civil suit by AME. Don't be the tip of the spear. You'll get us fucked up by the feds or worse.<br><br>5. Bring beer and food. Everywhere is shut down as you know.<br><br>6. Don't bring guns.<br><br>7. If you get totally lost look for ▓▓▓▓▓▓. ▓▓▓▓ is in charge of our chapter and ▓▓▓▓ is in | Unknown | 1/5/2021 | 1/5/2021 2:23:24 PM(UTC-5) |
| 1821 | | charge of National. Just stick with a buddy and don't wander too much from the rally alone. | | | |