| 861 | ██████████████ | Also. Is there a website to get gear from? | Unknown | 12/22/2020 | 12/22/2020 9:03:22 PM(UTC-5) |
|---|---|---|---|---|---|
| 862 | ██████████████ | What kind of gear are you looking for? | Unknown | 12/22/2020 | 12/22/2020 9:13:40 PM(UTC-5) |
| 863 | ██████████████ | Whatever to protect my ass from a knife lol | Unknown | 12/22/2020 | 12/22/2020 9:14:06 PM(UTC-5) |
| 864 | ██████████████ | I'm a badass but I ain't fking Superman lol | Unknown | 12/22/2020 | 12/22/2020 9:14:42 PM(UTC-5) |
| 865 | ██████████████ | There are a couple ... check ████████ | Unknown | 12/22/2020 | 12/22/2020 9:15:30 PM(UTC-5) |

| 870 | | Most of their stuff is good and the prices are competitive. I just bought the Legacy MICH Level IIIA Ballistic Helmet | Unknown | 12/22/2020 | | 12/22/2020 9:19:07 PM(UTC-5) |
| 871 | | $300 for a IIIA helmet is pretty damn good | Unknown | 12/22/2020 | | 12/22/2020 9:19:40 PM(UTC-5) |
| 872 | | Damn ok | Unknown | 12/22/2020 | | 12/22/2020 9:20:04 PM(UTC-5) |
| 873 | | You can't go wrong with a plate carrier | Unknown | 12/22/2020 | | 12/22/2020 9:20:27 PM(UTC-5) |
| 874 | | I might have to just rely on my fighting skills for a while lol | Unknown | 12/22/2020 | | 12/22/2020 9:20:31 PM(UTC-5) |
| 875 | | Lol ... if you're going down on the 6th, let me know. I may have something you can use | Unknown | 12/22/2020 | | 12/22/2020 9:21:56 PM(UTC-5) |