| | | | | | |
|---|---|---|---|---|---|
| 1476 | | Police are tear gassing and beating trump supporters now I have a feeling Jan 6 will be a fight immediately   Have a feeling they gona try to stop people from gathering | Unknown | 1/2/2021 | 1/2/2021 10:47:55 AM(UTC-5) |
| 1477 | | We have to totally overwhelm them. Dont be affraid of jail......you will be a prisoner to tyrannts if you dont and will be enslaved forever.<br><br>If the police try this shit it is our CONSTITUTIONAL duty to take them out | Unknown | 1/2/2021 | 1/2/2021 10:49:44 AM(UTC-5) |
| 1478 | | Amen | Unknown | 1/2/2021 | 1/2/2021 10:50:33 AM(UTC-5) |
| 1479 | | We will flank and envelop them and they WILL run | Unknown | 1/2/2021 | 1/2/2021 10:50:47 AM(UTC-5) |
| 1480 | | Be brave.  Your forebearers brought you freedom at a heavy cost......what will you do for generations to come? | Unknown | 1/2/2021 | 1/2/2021 10:51:47 AM(UTC-5) |
| 1481 | | If they try to inaugurate Joe Biden there's no other option | Unknown | 1/2/2021 | 1/2/2021 10:53:37 AM(UTC-5) |

| 1592 | ▮ | Try not to get seperated.....this event is going to be super heated both sides have had enough....dont want my boys caught alone......plan for the worst hope for the best...... <br><br> Get in your heads that the left is attempting to take your country from you......this is not a party, savvy? <br><br> It could explode at any moment...... | Unknown | 1/4/2021 | 1/4/2021 9:32:46 AM(UTC-5) |

| # | | | Message | | Date | Timestamp |
|---|---|---|---|---|---|---|
| 1654 | ███ | | Enrique arrested upon entering DC | Unknown | 1/4/2021 | 1/4/2021 5:43:07 PM(UTC-5) |
| 1655 | ███ | | Are<br>You fucking kidding me | Unknown | 1/4/2021 | 1/4/2021 5:43:30 PM(UTC-5) |
| 1656 | ███ | | Yep probably for the BLM banner | Unknown | 1/4/2021 | 1/4/2021 5:44:15 PM(UTC-5) |
| 1657 | ███ | | Ok, real shit..we are not holding back. | Unknown | 1/4/2021 | 1/4/2021 5:44:22 PM(UTC-5) |
| 1658 | ███ | | I'm not | Unknown | 1/4/2021 | 1/4/2021 5:44:29 PM(UTC-5) |
| 1659 | ███ | | I'm going for blood now | Unknown | 1/4/2021 | 1/4/2021 5:44:39 PM(UTC-5) |