| # | Name | Message | Status | | | Date | Date/Time |
|---|---|---|---|---|---|---|---|
| 856 | ██████████ | Lol. and i imagine its exhausting to go to one these marches or rallies every month | Unknown | | | 12/22/2020 | 12/22/2020 4:21:08 PM(UTC-5) |
| 857 | ██████████ | ██████████ | Unknown | | | 12/22/2020 | 12/22/2020 5:11:22 PM(UTC-5) |
| 858 | 1241281947 Jefferson scotch Freeman | Dude every one is exhausting especially when you're in charge of ppl, lol it's not fun. | Unknown | | | 12/22/2020 | 12/22/2020 5:25:45 PM(UTC-5) |

| 1084 | ▮▮▮▮▮ Jefferson scotch Freeman | Hey guys please vote in the poll so we can decide the location for the meet and greet, thank you. | Unknown | 12/26/2020 | 12/26/2020 8:07:12 PM(UTC-5) |