| 1300 | ▉▉▉▉ Jefferson scotch Freeman | I cannot possibly describe how much I hate the people of Washington DC. I literally want Al Qaeda to invade the district and behead every Washingtonian using plastic sporks. Except ▉▉▉▉ of course, you're cool. | Unknown | 12/29/2020 | 12/29/2020 10:47:26 PM(UTC-5) |