| | | | | | |
|---|---|---|---|---|---|
| 1828 | ■■■ | Gents, ■■■ and I grabbed a room at the Hamilton Hotel for the next 2 nights. I'll be there in about 10 minutes. Base of operations if you want to hang/rest/piss. Gonna meet up with J■■■ ASAP. | Unknown | 1/5/2021 | 1/5/2021 3:19:07 PM(UTC-5) |
| 1829 | ■■■ | I'll grab as many room keys as they will give me so we have a place to fall back to. | Unknown | 1/5/2021 | 1/5/2021 3:21:48 PM(UTC-5) |
| 1830 | ■■■ Jefferson scotch Freeman | Good deal, be SUPER INCOGNITO when you're going in/out of your hotel. Last time we were in DC some of our guys got barricaded in theirs by MPD bcus antifa swarmed the place when they found out pbs were there | Unknown | 1/5/2021 | 1/5/2021 4:20:37 PM(UTC-5) |