| | | | | | |
|---|---|---|---|---|---|
| 2067 | ▰▰▰ Jefferson scotch Freeman | Hey guys I am in a fucking bind right now, putting this out there to see if I can get some help | Unknown | 1/6/2021 | 1/6/2021 8:15:11 PM(UTC-5) |
| 2098 | ▰▰▰ Jefferson scotch Freeman | There is a spare on the undercarriage, shouldn't need any tools to remove | Unknown | 1/6/2021 | 1/6/2021 8:23:31 PM(UTC-5) |
| 2099 | ▰▰▰ | ▰▰ 4157. Call me | Unknown | 1/6/2021 | 1/6/2021 8:23:52 PM(UTC-5) |
| 2106 | ▰▰▰ Jefferson scotch Freeman | Yeah ▰▰▰▰'s on his way, I should be alright | Unknown | 1/6/2021 | 1/6/2021 8:52:34 PM(UTC-5) |