**EXHIBIT 1: EMAIL FROM FORMER PROUD BOYS' CHAPTER HEAD**

**From:** ███████
**To:** Elizabeth Mullin
**Subject:** SM Letter Verification
**Date:** Friday, December 23, 2022 1:36:12 PM

**EXTERNAL SENDER**

To Whom It May Concern,

I was a former high ranking member of the Proud Boys chapter Scott Miller was part of. I have since left the group. I used to possess a letter by Mr. Miller in which he quit the Proud Boys and ceased all communications with the club following said letter. This letter was hand written and delivered around February 2021. It was a single page of lined, ruled paper, written in pencil. Mr. Miller never returned to club activities or communications. The letter has since been misplaced or disposed of, unfortunately. This anonymous email is simply to verify that this letter definitely existed and was in fact signed "Scott" at the bottom.

Signed,

Anonymous


Sent with Proton Mail secure email.