### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-CR-412 |
| | : | |
| **SCOTT MILLER,** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of the submission of ten video exhibits in support of its motion for pretrial detention in the above-captioned matter. Video exhibits have been submitted to the Court and made available to defense counsel via the government's file-sharing site, USAfx. Each exhibit is briefly identified and described below:

- Exhibit 1: Closed-Circuit Television Video (CCTV) depicting the entrance to the U.S. Capitol on the Lower West Terrace known as "the tunnel." The video depicts the defendant moving from the entrance of the tunnel up through the crowd toward the police line and then being moved, with other rioters, out of the tunnel by the police. (Video length: 4 minutes, 39 seconds.)

- Exhibit 2: Body-Worn Camera Footage (BWC) depicting the defendant striking an officer at the tunnel with a long wooden pole. (Video length: 12 seconds.)

- Exhibit 3: FBI BOLO video depicting the defendant striking an officer at the tunnel with a long wooden pole. (Video length: 42 seconds.)

- Exhibit 4: CCTV depicting defendant throwing items at officers in the tunnel. (Video length: 42 seconds)

- Exhibit 5: Public video depicting defendant throwing items at officers in the tunnel. (Video length: 42 seconds)

- Exhibit 6: CCTV depicting defendant striking officers with a blue and white pole at the tunnel. (Video length: 11 seconds)

- Exhibit 7:   Public video depicting defendant striking officers with a blue and white pole at the tunnel. (Video length: 9 seconds)

- Exhibit 8:   CCTV depicting defendant forcibly taking a riot shield from police officers at the tunnel. (Video length: 5 seconds)

- Exhibit 9:   BWC footage depicting defendant forcibly taking a riot shield from police officers at the tunnel. (Video length: 14 seconds)

- Exhibit 11:   Public video depicting defendant forcibly taking a riot shield from police officers at the tunnel and carrying it into the crowd. (Video length: 17 seconds).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   */s/ Kaitlin Klamann*
KAITLIN KLAMANN
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Kaitlin.klamann@usdoj.gov
(202) 252-6778