UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **SCOTT MILLER,** <br><br>        **Defendant.** | **Crim. Action No.: 22CR412** |

### SCOTT MILLER'S EMERGENCY MOTION FOR PERMISSION TO ATTEND A RE-SCHEDULED JOB INTERVIEW AND TO GET A HAIRCUT

Scott Miller, through counsel, respectfully submits this Motion for an Order permitting him to attend a job interview on March 21, 2023, at 4:30 pm. This Court previously approved his request to attend an interview, which was scheduled on March 8. However, undersigned counsel was not able to advise Mr. Miller that he had the Court's permission until it was too late to attend the interview. The interview has since been rescheduled and he seeks the Court's permission to attend the re-scheduled interview. He also seeks the Court's permission to get a haircut prior to the interview. In support of this Motion, counsel states:

Mr. Miller is before the Court charged by Indictment with various offenses arising out of the events at the Capitol on January 6, 2021.

On December 30, 2022, the Honorable Moxila A. Upadhyaya released Mr. Miller to home incarceration. The Order setting conditions of release permits Mr. Miller to "leave his residence to go work at NVR incorporated." If the defendant is no longer employed at NVR Incorporated, the defendant must seek permission from the

Court to seek other employment and/ or attend job interviews." ECF. No. 19. Counsel previously moved this Court to modify Mr. Miller's conditions so that he is permitted to attend neo-natal visits and work on a nearby property, which the Court granted. The Court also granted Mr. Miller to attend an interview at Catoctin Furnace Liquors, provided that he provide the time and location of the interview to pre-trial services in advance of the interview. *See* Minute Order March 7, 2023. However, undersigned counsel was unable to get in touch with Mr. Miller to let him know he had permission until it was too late to attend the interview. The interview has since been re-scheduled to March 21, 2023, at 4:30. He now seeks permission to attend the re-scheduled interview.

Mr. Miller also seeks permission to get a haircut at a time and place pre-approved by probation. He has not been outside the home since he was placed on home incarceration. He has been fully compliant with very strict conditions of release.

Wherefore the reasons stated herein and any others that appear to the Court, Mr. Miller moves the Court for an Order permitting him to attend a job interview on March 21, 2023, and to get a haircut prior to that interview.

                                    Respectfully submitted,

                                    A. J. KRAMER
                                    FEDERAL PUBLIC DEFENDER

                                        /s/

                                  _____

                                  ELIZABETH MULLIN
                                  Assistant Federal Public Defender
                                  625 Indiana Avenue, N.W., Suite 550
                                  Washington, D.C.  20004
                                  (202) 208-7500