UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**SCOTT MILLER,**<br><br>                    **Defendant.** | **Crim. Action No.: 22CR412** |

## ORDER

Upon consideration of the defendant's motion for permission to work at Catoctin Furnace Liquors, it is hereby

ORDERED that the motion is GRANTED; it is further

ORDERED that the defendant is permitted to attend to work at Catoctin Furnace Liquors; it is further

ORDERED that the defendant shall provide his schedule to pre-trial services in advance at a time designated by pre-trial services.
.

_____
Tanya S. Chutkan
District Judge