UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **SCOTT MILLER,** <br><br>    **Defendant.** | **Crim. Action No.: 22CR412** |

## MOTION FOR PERMISSION FOR HAIRCUT

  Scott Miller, through counsel, respectfully submits this Motion for an Order permitting him to get a haircut. On January 5, 2024, Scott Miller intends to enter into a guilty plea through which he will accept responsibility for two offenses arising out of his presence at the U.S. Capitol on January 6, 2021. Executed plea paperwork has been submitted to chambers.

  Mr. Miller has been under home incarceration since December 30, 2022. *See* ECF. No. 19, Order setting conditions of release. Since Mr. Miller was released to home incarceration on December 30, 2022, this Court has granted Mr. Miller's requests to work, provided he provide his schedule to Pre-Trial Services in advance. *See* Minute Orders, 3/7/2023, 4/13//2023. Pursuant to his release order, Mr. Miller is also permitted to leave the home for religious services, medical necessities, and meetings with counsel. In order to attend a haircut or other non-medical appointment, he needs this Court's permission. Mr. Miller has been fully compliant with his strict conditions of release for almost one year.

Mr. Miller moves the Court to permit him to schedule and attend a haircut appointment. He is able to provide the time and location to his probation officer in advance.

Wherefore the reasons stated herein and any others that appear to the Court, Mr. Miller moves the Court for an Order permitting him to attend a haircut appointment.

          Respectfully submitted,

          A. J. KRAMER
          FEDERAL PUBLIC DEFENDER

            /s/

          _____
          ELIZABETH MULLIN
          Assistant Federal Public Defender
          625 Indiana Avenue, N.W., Suite 550
          Washington, D.C.  20004
          (202) 208-7500