EXHIBIT 3 COVER SHEET—EXHIBIT FILED UNDER SEAL