# GOVERNMENT EXHIBIT L

Note from Miller's iPhone Mini Dated April 27, 2021

#Yes 2. Yes 3. Yes 4. I was arrested for protesting a drag queen story hour event at a local library 2 years ago. Served community service. No other arrests. 5. I occasionally use marijuana (less than once a month) and natural psychedelics (less than once a year) 6. No and no. 7. No and none to my knowledge. 8. No 9. I've been photographed while participating in political events in public but have never been successfully doxxed. 10. No 11. I've done contract work for the federal govt as a firefighter/emt. 12. The anthem (By God we'll have our home) 13. Only on telegram, anonymously. 14. The foremost problems of our day are the forces of global capitalism and communism (or marxism). These two systems, while seemingly in competition with one another, need not be thought of as distinct issues. This is because they are driven by the same people, have the same motivations, and lead to the same ends. Whenever I hear people discussing communism verses capitalism a funny image enters my mind. It is the picture of two democratic candidates from the run up to the 2020 election. I distinctly remember watching Bernie Sanders and Michael Bloomberg briefly argue on the debate stage. These two rich Jews represented the "competing" forces of communism and capitalism, respectfully, and I couldn't help but laugh when I saw these two kikes argue over which of their demonic world views was correct. If one takes a deep enough look into who has been driving the communist and capitalist empires of the 20th century they can see the dark hands of judaism being rubbed together behind closed doors while their puppets and pawns fight each other in public to fight for their jewish masters. From Luxembourg and Marx in Germany, to the Rothschilds in England, to the Sacklers and Madhoffs of America, greedy, soulless jews are behind almost every great scheme throughout history which has stolen life and liberty from the ordinary peoples of the world. These "people" will never stop committing atrocities against mankind, because their satanic greed is never satisfied. Both capitalism and communism are materialistic in their motivation. Proponents of these systems argue that they can bring wealth to all peoples of the world. But when one takes an honest look at the impacts these systems have had on the world they should see that they only bring wealth to a privileged few - those at the helm of the institutions of power. It is true that the free market and industrialization have brought certain material luxuries to the common people of many societies. It is also true that communist regimes have managed to turn undeveloped nations into formidable players on the world stage. But there is always a catch, always a price to pay for these quick surges in wealth and power. Human dignity, individual freedoms, beautiful traditions, pure bloodlines, the natural ecosystem, and many more all suffer at the hands of communists and capitalists alike. These two machines have been running at maximum speed for over one hundred years and their long term effects are observable in the world today. The end results of global capitalist and communist interests entail much of what the world suffers from today. Racial turmoil arises from unlimited immigration and forced intermingling of incompatible ethnic groups. Families grow distant as mothers and fathers are forced to neglect their children to work longer hours for less pay. Land, sea, and air are polluted by factories which mass produce unneeded goods designed to be useful for only as long as it takes the consumer to be duped into buying again. Suicide rates continue to soar in many of the worlds wealthiest nations as people are constantly bombarded with mind altering chemicals and mind destroying entertainment, both designed to numb people who are forced to live meaningless and unnatural lives. The solution to these problems is National Socialism. Every nation on Earth must have the right to pursue the prosperity of its own people and preserve the

Note from Miller's iPhone Mini Dated April 27, 2021

beauty of its own interior. Sovereign people must be free to live as Nature and God intended. A successful National Socialist government uses the power of the state to protect its citizens from foreign influencers. It values human dignity, physical and spiritual beauty, and truth over material wealth. It rejects the false dilemma of communism verses capitalism. Most importantly it opposes the evil forces of judaism so that the best people of the world can flourish and be perfected.